## AFFIDAVIT OF SALE AND CERTIFICATION OF DEBT

**CREDITOR:**          Bank of America, N.A.
**ACCOUNTHOLDER:**     Joan Topalian
**ACCOUNT NUMBER(S):** MasterCard credit card account ending in 5699 (formerly 8434 and 6949);
                       Visa credit card account ending in 0041 (formerly 1130 and 6048)

I, the undersigned, Tom R. Jordan, being duly sworn according to law, depose and state that:

1. I am employed by Bank of America, N.A. ("BANA") as a bank Officer and am duly authorized to make this Affidavit.

2. I am familiar with the manner and method by which BANA maintains its normal business books and records, including computer records. These books and records are made in the course of regularly conducted business activity: (1) at or near the time the events they purport to describe occurred, by a person with knowledge of the acts and events; or (2) by a computer or other similar digital means, which contemporaneously records an event as it occurs. The contents of this Affidavit are believed to be true and correct based upon my personal knowledge of the record keeping systems under which BANA maintains its business books and records.

3. BANA is a wholly-owned subsidiary of Bank of America Corporation and the successor-in-interest to FIA Card Services, N.A., formerly known as MBNA America Bank, N.A. ("FIA"). FIA was merged into and under the charter and title of BANA effective October 1, 2014.

4. The books and records of BANA show that Joan Topalian (the "Accountholder") opened accounts with BANA, or a predecessor-in-interest, for the purpose of obtaining an extension of credit (the "Accounts") and did thereafter use or authorize the use of the Accounts for the acquisition of goods, services, or cash advances in accordance with the customer agreement(s) ("Agreement") governing use of the Accounts. Further, the Accountholder breached the Agreement by failing to make periodic payments as required.

5. It is the standard practice of BANA to change the account number for its accounts at the time of charge-off. This change occurred with respect to each of the Accounts.

6. The Accountholder's MasterCard credit account currently ending in 5699 (formerly ending in 8434 and 6949) (the "MasterCard Account") was charged-off on July 1, 1998. Attached as **Exhibit A** is an account note that reflects the charge-off information. Due to the time of the charge-off, BANA no longer has account statements for the MasterCard Account.

7. With respect to the MasterCard Account, BANA was first notified of Plaintiff's 1997 bankruptcy filing (the "Bankruptcy Filing") on December 8, 1997. Upon notification of the Bankruptcy Filing, BANA updated its records to reflect that the MasterCard Account was closed due to bankruptcy. Attached as **Exhibit B** are account notes that reflect when

BANA was first notified of the Bankruptcy Filing and the MasterCard Account's closure due to the Bankruptcy Filing.

8. The Accountholder's Visa credit card account currently ending 0041 (formerly ending in 1130 and 6048) (the "Visa Account") was charged off on June 29, 2013. The last payment in relation to the Visa Account was made on April 23, 2013 in the amount of $40.00. The Visa Account was not included in the Bankruptcy Filing. Moreover, Visa Account received the appropriate interest charge adjustments in the amount of $144.86 in 2010 and $444.04 in 2011. There are no adjustments due with respect to the past history or reporting on the Visa Account. Attached as **Exhibit C** are account notes and statements that reflect the Visa Account's opening, last payment received, and charge-off information.

9. Further, on July 24, 2013 (the "Sale Date"), the Visa Account and underlying credit card agreement were sold, transferred, and set-over to Portfolio Recovery Associates, with full authority to do and perform all acts necessary for the collection, settlement, adjustment, compromise, or satisfaction of the Visa Account. As of the Sale Date, the sum of $2,764.20 was due and payable on the Visa Account. Attached as **Exhibit D** is an account note that reflects the Visa Account's sale to Portfolio Recovery Associates.

10. As a result of the sale of the Visa Account, Portfolio Recovery Associates and/or its authorized agent, has complete authority to settle, adjust, compromise, and satisfy any sum owed on the Visa Account, and BANA has no further interest in the Visa Account for any purpose.

11. At this time, BANA is not reporting the Accounts to the credit reporting agencies. Attached as **Exhibit E** are account notes that reflect that BANA is not reporting the Accounts.

12. All retained and recoverable documentation evidencing communications between BANA and Plaintiff or relating to communications by Plaintiff, regarding the Accounts between January 1, 2006 and December 22, 2016 is attached as **Exhibit F**.

13. All documentation that Tom R. Jordan relied upon in preparation of this affidavit as well as the affidavit filed as an exhibit to BANA's Response to the Motion to Compel (Doc. #76-3) (the "Affidavit") are included in **Exhibits A** through **F**.

14. The documents that Kim Scarpitti or other representatives of BANA reviewed and relied upon in preparing the November 12, 2015 letter filed as an exhibit to the Affidavit are included in **Exhibits A** through **F**. Similarly, the documents that Edward McGuire or other representatives of BANA reviewed and relied upon by in preparing the October 30, 2015 letter filed as an exhibit to the Affidavit are included in **Exhibits A** through **F**.

15. I declare under the penalty of perjury that the foregoing is true and correct, and if called as a witness, I would competently testify, under oath, thereto.

Date Executed: __3/6/18__                BANK OF AMERICA, N.A.

BY: _____

Name: __Tom R Jordan__

Title: __AVP__

```
ICTC KEY         5699                                    CLIENT 9330 PROV 100000
          INQUIRY CHARGEOFF TRANSACTION CATEGORY HISTORY    Desc
JOAN A TOPALIAN                                          ACCT STAT PG  BK CO CR RV RD
                    C/O GROSS BAL   3,691.83        BALANCE    3,691.83
                    C/O PRIN BAL    .00             C/O BAL    3,691.83
                                                    C/O DATE   07/01/98     CYC 18
                                            SEC C/O           00/00/00
                                                              CREDITS           0
                                                                              .00
                                                              DEBITS            0
                                                                              .00
                                                              PAYMENTS         0
                                                                              .00




SYS GEN CREDITS         .00                              ACC F/C            .00
TOTAL      3,691.83

F1=HELP F3=EXIT F4=CUST F5=EVTS F6=WORK F7=PBWD F8=PFWD PA1=KEYS         F ___
```

BANA 000001

```
IAED KEY          5699
                       INQUIRE ACCOUNT EVENT DETAIL
JOAN A TOPALIAN                        LAST MNT 03/13/2017 5:19 MNT 09/19/2016
DATE 012818 TO 010100 TRACK          EVENT          TRAN ID      OPERATOR
 DATE   TIME    TYPE OPER    TRACKG TRAN
090115 10:47 A    374         9330    MCLI
BANKRUPTCY DETAIL FROM                 BANKRUPTCY DETAIL TO
CASE #                                 CASE # 9714900
COURT                                  COURT
FILE DATE 00/00/00   CHAPTER 99        FILE DATE 11/24/97   CHAPTER 07
JOINT/SINGLE                           JOINT/SINGLE
DIS                                    DIS
CITY                        STATE      CITY                        STATE
TRUSTEE                                TRUSTEE
MOC DATE 00/00/0000                    MOC DATE 00/00/0000
PRO-SE FLAG                            PRO-SE FLAG
AKA NAME                               AKA NAME
090115 10:47 A    792         9330    MCLI    JOAN A TOPALIAN
BANKRUPTCY STAGE         CHAPTER 07     FROM
JOAN A TOPALIAN                         TO   C-DISCHARGED
090115 10:47 A    368         9330    MCLI
BANKRUPTCY STATUS              FROM 99

F1=HELP F3=EXIT F4=ACCT F5=SUMMARY F6=WORK F7=PBWD F8=PFWD F9=ADDR IND    F ___
```

BANA 000002

```
 BK Y JG    DC N    JOAN A TOPALIAN                                          SS         3395
 BK N JG    DC N                                                             SS
 BANKRUPTCY DETAIL    CASE # 9714900              CRT
FILE DTE   11/24/97   CHAPTER 07 JOINT/SINGLE     DIS
CITY                  ST           TRUSTEE
STAGE BK CHAPTER 07          STAGE: C DISCHARGED              HRNG DTE 00/00/0000
CB AS      CB PD       0.00 CB DT
 JDG DTE              CASE #                      CRT
JDG AMT          .00           CITY                 CTY                    ST

 DECEASED DETAIL      CASE #                      CRT
CLAIM                 DECEASED              FIRST NOT              CTF
INSUR                 CITY                        CTY                    ST
NOTES:


ACCT REL             8434   ASSETS    SCORE 00051 689     STAT RVY   CO99 CR07
BALANCE         3,691.83    LPUR             .00  11/17/06  TYPE VP58         P
PRIN BAL        2,752.39    LCAS             .00           OP DTE    05/23/94
LIMIT                  0    LFEE             .00           CO DTE    07/01/98

F1=HELP F2=BLK F3=EXIT F4=XFR F5=EVT F6=WORK F7=PBWD F8=PFWD   PA1=KEYS   F ___
```

BANA 000003

```
1997/12/08 00:05:00   RECLQH  CARDHOLDER STATUS CHANGE TO *B* ON 12/08/97 BOTH
1997/12/08 02:16:40   RECLQH  DOC85-1 FILED 04/06/18 ENTERED 04/06/18 14:10:35 DESC BOTH
1997/12/08 02:40:00   RECLQH  MBNA ACCT EXISTS AT CBCH9 FROM V(P)90 R(P)
1997/12/08 06:35:30   RECLXH  PET REC BKO CH 7 IND 9714900 11/24/97 DOF
```

Case 1:16-ap-01030  Doc 85-1  Filed 04/06/18  Entered 04/06/18 14:10:35  Desc
Attachment to Statement of Undisputed Facts  Page 7 of 19

BANA 000004

IACD KEY       5699                                          CLIENT 9330 PROV 100000
                    INQUIRY-ACCOUNT 04/06/19  DATA
JOAN A TOPALIAN                                          ACCT STAT PC  BK CO CR RV RD

Case 1:16-ap-01030    Doc 85-1    Filed 04/06/18    Entered 04/06/18 14:10:35    Desc
           Attachment to Statement of Undisputed Facts    Page 8 of 19

```
CODE    DESCRIPTION       VALUE           CODE    DESCRIPTION       VALUE
----    ---------------   -------         ----    ---------------   ---------
 60     CODE NOT USED                      65     CODE NOT USED
 61     CODE NOT USED                      66     CODE NOT USED
 62     CODE NOT USED                      67     CODE NOT USED
 63     CODE NOT USED                      68     CODE NOT USED
 64     CODE NOT USED                      69     CODE NOT USED

 80     RMF EFFCTIVE DT   00010101         84     CODE NOT USED
 81     EXT CNV DATE      19960601         85     CODE NOT USED
 82     SPP SOLICIT CD    00002+IP         86     CODE NOT USED
 83     CPD SOLICIT CD                     87     CODE NOT USED

 90     COLLATERAL AMT    000000000        95     DDA CODE          000000000
 91     CODE NOT USED     000000000        96     CODE NOT USED
 92     GROUP SEGMENT     000000001        97     BK TCL/CCL H&D    019971208
 93     CODE NOT USED     000000000        98     OPT OUT CCL H&D
 94     APP REF NUMBER    00104814364

F1=HELP F3=EXIT F4=CUST F5=EVTS F6=WORK F7=PBWD F9=ACCT F10=CORR PA1=KEYS F __
```

BANA 000005

```
WAGN KEY      ████████0041                        US CONSUMER
              ACCOUNT GENERAL NON-CURRENT ACCT STATUS PG 05  DESV RD RE
JOAN A TOPALIAN                                    PLUS
                                              ACCT TYPE VP58 P      RET
60 COURTLAND DR                          BAL          .00 MIN       .00
                                         AVL     7,000.00 PRE       .00
NARRAGANSETT        RI   02882-121760    AUT          .00 DUE    022318
USA EM                          AU 00    LMT     7,000.00 I/D 000 000 102817
V DEITOCH           V                    DIS          .00 000
S 038263395         S                    PDU          .00 000-000    00023
H                   B                    OVL          .00 000-000%   00000

STMT 01 030    CYCLE 26 26   LSTM 072713 PBAL         .00 STM DU     .00
CARD 01 000 N 000 000 0110   LCRD 070804 LPMT       40.00 042313 FIN CHGS
CORR 01 000    LADR 090406   LPIN 122214 LPUR         .00 030310 Y   .00
ECOR           LADI 000000   LCHK 000000 LCAS         .00 000000 P   .00
                                         LCRE         .00 000000 L   .00
BILL  162      OPEN 070804   CHK N  PAY N LDIS        .00 000000 FEE OVR   N
STMT  108      BRAN ZACD00   OVD N  INS N ENH N
SWFC  000      OTHER        ████6048    DGRP BAC99902 D CC MFC 1.50 FCOPT 1
TRANS  00      TRAN F       ████1130    ALT
AC    RC       NWD MMDDYY 00:00A  PND    CORR ID          QUEUE         WF
B0128000000000 - ACCOUNT LEVEL TERM BAL OVERRIDES IN EFFECT
F1=HELP F2=ICAU F3=EXIT F4=CUST F5=EVTS F6=WORK F7=PBWD F8=PFWD PA1=KEYS  F ___
```

BANA 000006

```
ICTC KEY         ████████0041                               CLIENT 9330 PROV 100000
               INQUIRY CHARGEOFF TRANSACTION CATEGORY HISTORY          Desc
JOAN A TOPALIAN                                           ACCT STAT  CO CR RV RD RE
                    C/O GROSS BAL   2,764.20         BALANCE   .00
                    C/O PRIN BAL     .00             C/O BAL   2,764.20
                                                     C/O DATE  06/29/13    CYC 26
                                               SEC C/O         00/00/00
                                                              CREDITS          0
                                                                             .00
                                                              DEBITS           0
                                                                             .00
                                                              PAYMENTS        0
                                                                             .00




SYS GEN CREDITS           .00                               ACC F/C         .00
TOTAL      .00

F1=HELP F3=EXIT F4=CUST F5=EVTS F6=WORK F7=PBWD F8=PFWD PA1=KEYS         F ___
```

```
IAED KEY             0041        INQUIRE ACCOUNT EVENT DETAIL
JOAN A TOPALIAN                              LAST MNT 08/28/2017 11:41:19 MNT 09/19/2017
DATE 020418 TO 010100 TRACK          EVENT          TRAN ID        OPERATOR
 DATE   TIME    TYPE OPER   TRACKG TRAN
 081913 05:56 A   900 STAT-O          CONV
CUSTOMER SERVICE MEMOS
happy with than answer.  she was upset and said that she
will be calling corporate now to speak with them and
hung up case # 411933
 072513 09:39 P   900 *RE920          CONV
CUSTOMER SERVICE MEMOS
***SOLD TO PORTFOLIO RECOV ASSO-REFER TO 8007721413***
***SOLD 07/24/2013 - BALANCE AT SALE WAS $      2764.2
 072513 09:39 P   993           OVRD  CONV
CBLSP3DPD   LATE FEE   SCHD      1 07/25/2013 BU/BR 010/051
CBLSP3DPD   OCL FEE    SCHD      1 07/25/2013 BU/BR 010/051
 072513 05:56 A   900 STAT-O          CONV
CUSTOMER SERVICE MEMOS
***SOLD TO PORTFOLIO RECOV ASSO-REFER TO 8007721413***
***SOLD 07/24/2013 - BALANCE AT SALE WAS $      2764.2


F1=HELP F3=EXIT F4=ACCT F5=SUMMARY F6=WORK F7=PBWD F8=PFWD F9=ADDR IND    F ___
```

BANA 000008

KEY                    5699                                    CLIENT 9330 PROV 100000
                    MAINTAIN ACCOUNT GENERAL INFORMATION
JOAN A TOPALIAN                                              ACCT STAT BK CO CR RV RD

Case 1:16-ap-01030  Doc 85-1  Filed 04/06/18  Entered 04/06/18 14:10:35  Desc
Attachment to Statement of Undisputed Facts  Page 12 of 19

REPORT CB N      SUPPRESSION IND 2
CB OVR CODE E17     CB OVR DESC PREVIOUS CHARGE OFF

```
                                                                  PAGE 002
B0103800000000 - OPER DOES NOT HAVE SECURITY TO MAINTAIN HIGHLIGHTED FIELDS
F1=HELP F2=CBOV F3=EXIT F4=CUST F5=EVTS F6=WORK F7=PBWD F8=PFWD PA1=KEYS  F ___
```

BANA 000009

Case 1:16-ap-01030  Doc 85-1  Filed 04/06/18  Entered 04/06/18 14:10:35  Desc
Attachment to Statement of Undisputed Facts  Page 13 of 19

REPORT CB N       SUPPRESSION IND 2
CB OVR CODE E04      CB OVR DESC FINAL STATUS-SOLD ACCT

                                                                              PAGE 002
B0103800000000 - OPER DOES NOT HAVE SECURITY TO MAINTAIN HIGHLIGHTED FIELDS
F1=HELP F2=CBOV F3=EXIT F4=CUST F5=EVTS F6=WORK F7=PBWD F8=PFWD PA1=KEYS   F __

BANA 000010

**Bank of America**

Prepared for: **JOAN A TOPALIAN**
████████████ 5699

November 2006 Statement
Credit Line: $0.00
Cash or Credit Available:

### Customer Service
*For Information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-626-2556
TDD hearing-impaired 1-800-346-3178

### Account Information

| Summary of Transactions | | | Billing Cycle and Payment Information | |
|---|---|---|---|---|
| Previous Balance | | $3,531.02 | Days in Billing Cycle | 30 |
| Payments and Credits | − | $0.00 | Closing Date | 11/27/06 |
| Cash Advances | + | $160.81 | | |
| Purchases and Adjustments | + | $0.00 | Payment Due Date | 12/26/06 |
| Periodic Rate Finance Charges | + | $0.00 | Current Payment Due | $15.00 |
| Transaction Fee Finance Charges | + | $0.00 | Past Due Amount + | $0.00 |
| New Balance Total | | $3,691.83 | Total Minimum Payment Due | **$15.00** |

### Transactions

| Purchases and Adjustments | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| TRANSFER PAYMENT | 11/17 | 11/17 | 5877 | | A | 160.81 |

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.000000% DLY | 0.00% | $0.00 |
| B. ATM, Bank | 0.000000% DLY | 0.00% | $0.00 |
| C. Purchases | 0.000000% DLY | 0.00% | $0.00 |

Annual Percentage Rate for this Billing Period:
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

See Corresponding Annual Percentage Rate Above

### Important Information About Your Account

YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

---

23    ████████████    5699

BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726

JOAN A TOPALIAN
1592 DOUGLAS AVE
N PROVIDENCE RI  02904-3886

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**
ACCOUNT NUMBER: ████████████ 5699
NEW BALANCE TOTAL: $3,691.83
PAYMENT DUE DATE: 12/26/06

| TOTAL MINIMUM PAYMENT DUE $15.00 | Enter Payment Amount Enclosed: $ |

*Mail this payment coupon along with a check or money order payable to:* BANK OF AMERICA



Page 1 of 2

████████████    ████████████    5699    BANA 000013

# Bank of America

**Prepared for:** JOAN A TOPALIAN
5699

November 2006 Statement
Credit Line: $0.00
Cash or Credit Available:

### Customer Service
*For Information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-626-2556
TDD hearing-impaired 1-800-346-3178

## Account Information

| Summary of Transactions | | | Billing Cycle and Payment Information | |
|---|---|---|---|---|
| Previous Balance | | $3,531.02 | Days in Billing Cycle | 30 |
| Payments and Credits | − | $0.00 | Closing Date | 11/27/06 |
| Cash Advances | + | $160.81 | | |
| Purchases and Adjustments | + | $0.00 | Payment Due Date | 12/26/06 |
| Periodic Rate Finance Charges | + | $0.00 | Current Payment Due | $15.00 |
| Transaction Fee Finance Charges | + | $0.00 | Past Due Amount + | $0.00 |
| New Balance Total | | $3,691.83 | Total Minimum Payment Due | **$15.00** |

## Transactions

| Purchases and Adjustments | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| TRANSFER PAYMENT | 11/17 | 11/17 | 5877 | | A | 160.81 |

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| Cash Advances | | | |
| A. Balance Transfers, Checks | 0.000000% DLY | 0.00% | $0.00 |
| B. ATM, Bank | 0.000000% DLY | 0.00% | $0.00 |
| C. Purchases | 0.000000% DLY | 0.00% | $0.00 |

Annual Percentage Rate for this Billing Period:
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

See Corresponding Annual Percentage Rate Above

## Important Information About Your Account

YOUR BALANCE EXCEEDS APPROVED CREDIT LIMITS

---

23                                                                 5699

BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726

JOAN A TOPALIAN
1592 DOUGLAS AVE
N PROVIDENCE RI  02904-3886

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information
ACCOUNT NUMBER:                          5699
NEW BALANCE TOTAL: $3,691.83
PAYMENT DUE DATE: 12/26/06

| TOTAL MINIMUM PAYMENT DUE $15.00 | Enter Payment Amount Enclosed: $ |

*Mail this payment coupon along with a check or money order payable to:* BANK OF AMERICA



Page 1 of 2

**Bank of America**

Prepared for: **JOAN A TOPALIAN**
6048

November 2006 Statement
Credit Line: $7,000.00
Cash or Credit Available: $0.00

### Customer Service
*For Information on Your Account Visit:*
www.bankofamerica.com
*Mail Payments to:*
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
*Mail Billing Inquiries to:*
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

### Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $7,298.94 |
| Payments and Credits | − | $426.44 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate Finance Charges | + | $190.26 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$7,062.76** |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 30 |
| Closing Date | 11/27/06 |
| Payment Due Date | 12/22/06 |
| Current Payment Due | $258.00 |
| Past Due Amount + | $0.00 |
| **Total Minimum Payment Due** | **$258.00** |

### Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| OVERLIMIT FEE ADJUSTMENT | 10/31 | 10/31 | 6252 | | | 39.00 CR |
| DISPUTE FINANCE CHARGE ADJ | 11/17 | 10/28 | 5880 | | | 1.43 CR |
| DISPUTE FINANCE CHARGE ADJ | 11/17 | 10/28 | 5881 | | | 2.97 CR |
| TRANSFER PAYMENT | 11/17 | 11/17 | 5878 | | | 160.81 CR |
| LATE CHARGE ADJUSTMENT | 11/17 | 11/17 | 5879 | | | 39.00 CR |
| DISPUTE FINANCE CHARGE ADJ | 11/22 | 10/28 | 6762 | | | 72.47 CR |
| RI BANKING CENTER PAYMENT | 11/22 | | | | | 110.76 CR |

```
YOUR ACCOUNT IS OVERLIMIT.
TO AVOID AN OVERLIMIT FEE
ON YOUR NEXT STATEMENT, WE
MUST RECEIVE A CONFORMING
PAYMENT, THAT BRINGS AND
KEEPS YOUR ACCOUNT BALANCE
BELOW THE CREDIT LINE,
WITHIN 20 DAYS OF THE ABOVE
STATEMENT CLOSING DATE,
AND NOT GO OVERLIMIT AGAIN.
```

### Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.088328% DLY * | 32.24% | $0.00 |
| B. ATM, Bank | 0.088328% DLY * | 32.24% | $3,575.57 |
| C. Purchases | 0.088328% DLY * | 32.24% | $3,604.48 |

Annual Percentage Rate for this Billing Period: **32.24%**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

\* Periodic Rate May Vary

### Important Information About Your Account

---

23                                                                                          1130

BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726

☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

### Payment Information
ACCOUNT NUMBER:                                6048
NEW BALANCE TOTAL: $7,062.76
PAYMENT DUE DATE: 12/22/06

| TOTAL MINIMUM PAYMENT DUE $258.00 | Enter Payment Amount Enclosed: $ |
|---|---|

*Mail this payment coupon along with a check or money order payable to:* BANK OF AMERICA

JOAN A TOPALIAN
60 COURTLAND DR
NARRAGANSETT RI   02882-1217-603



Page 1 of 2

BANA 000017

**Bank of America**

JOAN A TOPALIAN
Account Number: ▮▮▮▮▮▮▮▮1130
June 27 - July 28, 2010

### Account Information:
www.bankofamerica.com

**Mail billing inquiries to:**
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE
19850-5026

**Mail payments to:**
BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE
19886-5019

**Customer Service:**
1.800.789.6701
(1.800.346.3178 TTY)

### Payment Information

| | |
|---|---|
| New Balance Total | $6,252.82 |
| Current Payment Due | $140.00 |
| Past Due Amount | $140.00 |
| Total Minimum Payment Due | $280.00 |
| Payment Due Date | 8/24/10 |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 4 years | $7,091.56 |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Summary

| | |
|---|---|
| Previous Balance | $6,502.82 |
| Payments and Other Credits | -284.86 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 0.00 |
| Interest Charged | 34.86 |
| New Balance Total | $6,252.82 |
| Credit Line | $7,200.00 |
| Statement Closing Date | 7/28/10 |
| Days in Billing Cycle | 32 |

### Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 06/30 | 06/30 | INTEREST CHARGE ADJUSTMENT | 3283 | | -144.86 | |
| | 07/23 | RI BANKING CENTER PAYMENT | | | -140.00 | |
| | | | | | | -$284.86 |
| | | **Interest Charged** | | | | |
| 07/28 | 07/28 | Interest Charged on Balance Transfers | | | 0.00 | |
| 07/28 | 07/28 | Interest Charged on Cash Advances | | | 34.86 | |
| | | continued on next page... | | | | |

---

23   0062528200028000000140000000▮▮▮▮▮▮▮▮1130

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

Account Number: ▮▮▮▮▮▮▮▮1130

| | |
|---|---|
| New Balance Total | $6,252.82 |
| Minimum Payment Due | 280.00 |
| Payment Due Date | 08/24/10 |

Enter payment amount   $

☐ Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: BANK OF AMERICA

JOAN A TOPALIAN
60 COURTLAND DR
NARRAGANSETT RI  02882-1217

⑆524022250⑆   ▮▮▮▮▮▮▮▮1130⑈

BANA 000019

**Bank of America**

JOAN A TOPALIAN
Account Number: ██████████1130
January 29 - February 25, 2011

### Account Information:
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

**Mail payments to:**
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

**Customer Service:**
1.800.789.6701

(1.800.346.3178 TTY)

### Payment Information

| | |
|---|---|
| New Balance Total | $5,041.01 |
| Current Payment Due | $140.00 |
| Total Minimum Payment Due | $140.00 |
| Payment Due Date | 3/24/11 |

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 3 years | $5,595.46 |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Summary

| | |
|---|---|
| Previous Balance | $5,600.05 |
| Payments and Other Credits | −584.04 |
| Purchases and Adjustments | 0.00 |
| Fees Charged | 0.00 |
| Interest Charged | 25.00 |
| New Balance Total | $5,041.01 |
| Credit Line | $7,200.00 |
| Statement Closing Date | 2/25/11 |
| Days in Billing Cycle | 28 |

### Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 02/04 | 02/04 | INTEREST CHARGE ERROR CORRECTION | 1537 | | −441.49 | |
| 02/04 | 02/04 | INTEREST CHARGE ERROR CORRECTION | 1538 | | −2.55 | |
| | 02/16 | RI BANKING CENTER PAYMENT | | | −140.00 | |
| | | | | | | −$584.04 |
| | | **Interest Charged** | | | | |
| 02/25 | 02/25 | Interest Charged on Balance Transfers | | | 0.00 | |
| 02/25 | 02/25 | Interest Charged on Cash Advances | | | 25.00 | |
| | | continued on next page… | | | | |

23   005041010001400000014000000██████████1130

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

JOAN A TOPALIAN
60 COURTLAND DR
NARRAGANSETT RI 02882-1217

Account Number: ██████████1130

| | |
|---|---|
| New Balance Total | $5,041.01 |
| Total Minimum Payment Due | 140.00 |
| Payment Due Date | 03/24/11 |

Enter payment amount   $

☐ Check here for a change of mailing address or phone numbers.
Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America

⑆524022250⑆ ██████████ 1130⑈

BANA 000021

**Bank of America**

Prepared for: **JOAN A TOPALIAN**
6048

November 2006 Statement
Credit Line: $7,000.00
Cash or Credit Available: $0.00

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

## Account Information

**Summary of Transactions**
| | | |
|---|---|---|
| Previous Balance | | $7,298.94 |
| Payments and Credits | − | $426.44 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $0.00 |
| Periodic Rate Finance Charges | + | $190.26 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $7,062.76 |

**Billing Cycle and Payment Information**
| | |
|---|---|
| Days in Billing Cycle | 30 |
| Closing Date | 11/27/06 |
| Payment Due Date | 12/22/06 |
| Current Payment Due | $258.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | **$258.00** |

## Transactions

| Payments and Credits | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| OVERLIMIT FEE ADJUSTMENT | 10/31 | 10/31 | 6252 | | | 39.00 CR |
| DISPUTE FINANCE CHARGE ADJ | 11/17 | 10/28 | 5880 | | | 1.43 CR |
| DISPUTE FINANCE CHARGE ADJ | 11/17 | 10/28 | 5881 | | | 2.97 CR |
| TRANSFER PAYMENT | 11/17 | 11/17 | 5878 | | | 160.81 CR |
| LATE CHARGE ADJUSTMENT | 11/17 | 11/17 | 5879 | | | 39.00 CR |
| DISPUTE FINANCE CHARGE ADJ | 11/22 | 10/28 | 6762 | | | 72.47 CR |
| RI BANKING CENTER PAYMENT | 11/22 | | | | | 110.76 CR |

```
YOUR ACCOUNT IS OVERLIMIT.
TO AVOID AN OVERLIMIT FEE
ON YOUR NEXT STATEMENT, WE
MUST RECEIVE A CONFORMING
PAYMENT, THAT BRINGS AND
KEEPS YOUR ACCOUNT BALANCE
BELOW THE CREDIT LINE,
WITHIN 20 DAYS OF THE ABOVE
STATEMENT CLOSING DATE,
AND NOT GO OVERLIMIT AGAIN.
```

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.088328% DLY * | 32.24% | $0.00 |
| B. ATM, Bank | 0.088328% DLY * | 32.24% | $3,575.57 |
| C. Purchases | 0.088328% DLY * | 32.24% | $3,604.48 |

Annual Percentage Rate for this Billing Period: **32.24%**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)
* Periodic Rate May Vary

## Important Information About Your Account

23                                                                1130

BANK OF AMERICA
P.O. BOX 15726
WILMINGTON, DE 19886-5726

JOAN A TOPALIAN
60 COURTLAND DR
NARRAGANSETT RI   02882-1217-603

Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: 6048
NEW BALANCE TOTAL: $7,062.76
PAYMENT DUE DATE: 12/22/06

**TOTAL MINIMUM PAYMENT DUE $258.00**

Enter Payment Amount Enclosed: $

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA


Page 1 of 2

BANA 000057